JS-6

1  PENNY M. COSTA (SBN 110373)
   costap@ballardspahr.com
2  **Ballard Spahr LLP**
   2029 Century Park East, Suite 800
3  Los Angeles, California  90067-2909
   Telephone:  (424) 204-4331
4  Facsimile:  (424) 204-4350

5  Attorneys for Plaintiffs

6  DANIEL C. COTMAN
   dcotman@dalinalaw.com
7  **Dalina Law Group, PC**
   117 E Colorado Blvd Ste 460
8  Pasadena, CA 91105
   Telephone:  (626) 405-1413
9  Facsimile:  (626) 628-0404

10  Attorney for Defendants

11            UNITED STATES DISTRICT COURT

12          CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13 BROADCAST MUSIC, INC.; MJ PUBLISHING TRUST d/b/a MIRAN PUBLISHING; SONY/ATV SONGS LLC; THE BERNARD EDWARDS COMPANY LLC; HIP CITY MUSIC INC.; HIFROST PUBLISHING; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; EMI BLACKWOOD MUSIC, INC; SONG A TRON MUSIC; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; WARNER-TAMERLANE PUBLISHING CORP.; LION AIRE PUBLISHING; YOUNG MONEY PUBLISHING, INC., | Case No. CV 10-1439-VBF-(JEMx) **[PROPOSED] ORDER RE JOINT STATUS REPORT FOR OSC SET FOR  JUNE 14, 2010, AND REQUEST FOR COURT TO RETAIN JURISDICTION PENDING CONSUMMATION OF SETTLEMENT; DISMISSAL [22]** |

Plaintiffs,

v.

CHWC, INC., d/b/a CRAZY HORSE
STEAK HOUSE; JOHN ROBERT
NUCCIO and PAMELA SCHOELLER
NUCCIO, each individually,

Defendants.

///
///

DMWEST #7657993 v1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

Based upon the Joint Status Report and Stipulation of the Parties, and good cause being shown, the Court orders that this action be dismissed and the calendar cleared, while retaining jurisdiction including enforcement of the Stipulation for Judgment and [Proposed] Consent Judgment Pursuant to Stipulation, if required.

IT IS SO ORDERED.

DATED:  June 11, 2010

_Valerie Baker Fairbank_
Honorable Valerie Baker Fairbank
UNITED STATES DISTRICT JUDGE

DMWEST #7657993 v1

2

[PROPOSED] ORDER RE JOINT STATUS REPORT FOR OSC AND REQUEST