1  PENNY M. COSTA (SBN 110373)
   costap@ballardspahr.com
2  **Ballard Spahr LLP**
   2029 Century Park East, Suite 800
3  Los Angeles, California 90067-2909
   Telephone: (424) 204-4331
4  Facsimile: (424) 204-4350

5  Attorneys for Plaintiffs

6  DANIEL C. COTMAN
   dcotman@dalinalaw.com
7  **Dalina Law Group, PC**
   117 E Colorado Blvd Ste 460
8  Pasadena, CA 91105
   Telephone: (626) 405-1413
9  Facsimile: (626) 628-0404

10 Attorney for Defendants

Note: Changes made by Court

11          UNITED STATES DISTRICT COURT

12          CENTRAL DISTRICT OF CALIFORNIA

13 BROADCAST MUSIC, INC.; MJ          Case No. 10-01439-VBF-(JEMx)
   PUBLISHING TRUST d/b/a MIRAN
14 PUBLISHING; SONY/ATV SONGS LLC;
   THE BERNARD EDWARDS COMPANY
15 LLC; HIP CITY MUSIC INC.; HIFROST   **[PROPOSED]** CONSENT
   PUBLISHING; RONDOR MUSIC          **JUDGMENT**
16 INTERNATIONAL, INC. d/b/a IRVING    **PURSUANT TO STIPULATION**
   MUSIC; EMI BLACKWOOD MUSIC,
17 INC; SONG A TRON MUSIC; EMI
   VIRGIN SONGS, INC. d/b/a EMI
18 LONGITUDE MUSIC; WARNER-
   TAMERLANE PUBLISHING CORP.;
19 LION AIRE PUBLISHING; YOUNG
   MONEY PUBLISHING, INC.,
20
            Plaintiffs,
21
       v.
22
   CHWC, INC., d/b/a CRAZY HORSE
23 STEAK HOUSE; JOHN ROBERT
   NUCCIO and PAMELA SCHOELLER
24 NUCCIO, each individually,

25          Defendants.

26

27 Based on the Stipulation between Plaintiff herein Broadcast Music, Inc. ("BMI") on
28

behalf of itself and the Non-BMI Plaintiffs, and Defendants CHWC, Inc., d/b/a Crazy Horse Steak House, John Robert Nuccio and Pamela Schoeller Nuccio, dated May 12, 2011,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Plaintiff BROADCAST MUSIC, INC. licenses the right of public performance, and the other Plaintiffs own the copyrights, in the following musical compositions:

    a.    Don't Stop a/k/a Don't Stop Till You Get Enough

    b.    Good Times a/k/a Rappers' Delight

    c.    Poison

    d.    Respect

    e.    Show Me Love

    f.    Take On Me

    g.    That's The Way (I Like It)

    h.    Let It Rock

2. Defendants have infringed the copyrights in the musical works listed in Paragraph 1 above.

3. Defendants are hereby permanently enjoined from causing any unlicensed public performances of any musical works licensed by Broadcast Music, Inc.

4. Defendants shall pay Plaintiffs damages in the amount of Seventy-Two Thousand Four Hundred Dollars ($72,400.00). After deducting any amounts already paid in settlement, Judgment is entered in the sum of $50,783.35, plus the costs of collection until such amount is paid. The precise amount of this Judgment is conclusively established by the Declaration of Counsel for BMI, filed contemporaneously with this Judgment.

///

DMWEST #7602842 v2

5.     The Parties hereby waive the right to trial, statement of decision and appeal.

This case is now closed.

IT IS SO ORDERED.

DATED: _5-12-11_____

*Valerie Baker Fairbank*

UNITED STATES DISTRICT JUDGE

Approved As to Form and Substance:

Broadcast Music, Inc.

By:_____

Title: _____

Date: _____

CHWC, Inc., d/b/a Crazy Horse Steak House

By:_____

Title: _____

Date: _____

John Robert Nuccio

By:_____

Date: _____

Pamela Schoeller Nuccio

By:_____

Date: _____

DANIEL COTMANN
DALINA LAW GROUP, PC

By _____
  Daniel Cotman
Attorneys for Defendants CHWC, INC.,
d/b/a CRAZY HORSE STEAK
HOUSE; JOHN ROBERT NUCCIO and
PAMELA SCHOELLER NUCCIO

PENNY M. COSTA
BALLARD SPAHR LLP

By _____
  Penny M. Costa
Attorneys for Plaintiffs